In re Lambert, Deborah; Hudson, Rosie J.; Hudson, Gilbert; Williams, LaQuinta, Estate of; Bell, Joyce, Mrs.; Bell, Lakisha; Alexander, Caretha, Indiv.; Alexander, Naja; Zeno, Reginald; Ladmirault, Cedric; Jones, Linda O.; Hawkins, Grant; Belvin, Carol; Johnson, Andrea; Bourgeois, Jade; Watson, Angela, Indiv.; Wells, Shantell; Dorsett, Donetta, Indiv.; Dorsett, Glenn; — Plaintiff(s); applying for supervisory and/or remedial writs; Parish of Orleans, Civil District Court, Div. “K”, No. 93-9233; to the Court of Appeal, Fourth Circuit, Nos. 96CW-0648, 96CW-0733.
Denied.
CALOGERO, C.J., and LEMMON, JJ., would grant the writ.
VICTORY, J., not on panel.